# MEMORANDUM DECISIONS.

ÆTNA INS. CO. OF HARTFORD, CONN., v. LANGAN. (Circuit Court of Appeals, Eighth Circuit. April 12, 1901.) No. 1,444. In Error to the Circuit Court of the United States for the Northern District of Iowa. G. S. Steere and Walter I. Hayes (A. L. Schuyler, on the brief), for plaintiff in error. R. C. Langan and Eldred S. James, for defendant in error. Before CALDWELL and SANBORN, Circuit Judges, and ADAMS, District Judge.

PER CURIAM. The opinion of Judge Shiras (99 Fed. 374), who tried this case at the circuit, is adopted by this court. The judgment of the circuit court is affirmed.